# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

BRADY KELLOGG, individually,                    CASE NUMBER:  C12-5717RJB

                    Plaintiff,
              v.

KITSAP COUNTY, a Municipal
Corporation organized under the laws
of the State of Washington, Nurse KEVIN
DOE and JANE DOE, whose names
are not known, husband and wife, and
the marital community comprised
thereof, CONMED, Inc., a Foreign
Corporation doing business in Kitsap
County Washington,

                    Defendants.


_____ Jury Verdict. This action came before the Court for a trial by jury.  The issues have been tried and the
jury has rendered its verdict.


__X__ Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or
heard and a decision has been rendered.


          Defendants ConMed, Inc., and Kevin Goodwin's Motion for Summary
          Judgment (Dkt 40) is GRANTED IN PART.  Plaintiff's 42 U.S.C. sec.
          1983 claims are DISMISSED WITH PREJUDICE. The Court declines to
          exercise supplemental jurisdiction over the state law negligence claims and
          they are DISMISSED WITHOUT PREJUDICE.


       September 24, 2013                    WILLIAM M. McCOOL
                                             CLERK


                                             /s/ Dara L. Kaleel
                                             By Dara L. Kaleel, Deputy Clerk